UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., | No. 2:19-cv-2043 JAM AC |
| Plaintiff, | |
| v. | ORDER |
| WICKSTROM HOSPITALITY LLC, | |
| Defendant. | |

    Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On March 26, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 12. Plaintiff has filed objections to the findings and recommendations. ECF No. 13. Defendant has filed a reply (ECF No. 14) and plaintiff filed a response to the objections (ECF No. 15).

    On May 7, 2020, Plaintiff filed a Motion to Strike Defendants Notices of Supplemental Authorities. ECF No. 17.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

1  analysis.

2  Accordingly, IT IS HEREBY ORDERED that:

3  1.  The findings and recommendations filed March 26, 2020, are adopted in full; and

4  2.  Defendant's motion to dismiss (ECF No. 5) is GRANTED and that plaintiff is permitted to file an amended complaint that complies with the standards articulated above within twenty-one (21) days of the District Judge's order adopting this recommendation.

7  3.  Plaintiff's Motion to Strike Notices of Supplemental Authorities (ECF No. 17) is DENIED.

10  DATED: May 15, 2020

11  /s/ John A. Mendez_____
12  UNITED STATES DISTRICT COURT JUDGE