UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR.,<br><br>Plaintiff,<br><br>v.<br><br>WICKSTROM HOSPITALILTY, LLC,<br><br>Defendants. | No.  2:19-cv-02043 JAM AC PS<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 8, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 23.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 8, 2020, are adopted in full;

2. Defendant's motion to dismiss (ECF No. 20) is GRANTED and that this case is DISMISSED with leave to amend.  Plaintiff may file a Second Amended Complaint within twenty-one (21) days of this order.

DATED: August 24, 2020

/s/ John A. Mendez_____ _____

UNITED STATES DISTRICT COURT JUDGE