UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR,<br><br>Plaintiff,<br><br>v.<br><br>WICKSTROM HOSPITALITY, LLC.,<br><br>Defendant. | No. 2:19-cv-02043-JAM-AC PS<br><br><br><br>ORDER |

On September 22, 2020, defendant moved to dismiss plaintiff's second amended complaint. ECF No. 26. Plaintiff did not oppose the motion. Plaintiff IS HEREBY ORDERED to show cause, in writing, within 7 days, why his failure to oppose the motion or file a statement of non-opposition should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

DATED: October 21, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE